NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOHN EDWARD STROLE,                 )
DOC #266676,                        )
                                    )
      Appellant,                   )
                                    )
v.                                  )    Case No. 2D18-1455
                                    )
STATE OF FLORIDA,                   )
                                    )
      Appellee.                    )
_____ )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Anthony Rondolino,
Judge.

Richard N. Watts of Richard N. Watts,
P.A., St. Petersburg, for Appellant.


PER CURIAM.


      Affirmed.


BLACK, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.